UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

PAUL ARPIN VAN LINES, INC.

v.  CA No. 06-199

SANTIEGO MOVING & STORAGE CO., INC.

### ORDER OF RECUSAL

I hereby recuse myself from participation in this litigation.

By Order:

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: May 4, 2006