UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

PAUL ARPIN VAN LINES, INC.

v. CA No. 06-199

SANTIEGO MOVING & STORAGE CO., INC.

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: May 4, 2006