WA/5

# FLORIDA DEPARTMENT OF TRANSPORTATION

Motor Carrier Compliance Office

www11.myflorida.com/mcco

## COMMERCIAL MOTOR VEHICLE CITATION / PERMIT

50049047

| | | | | | |
|---|---|---|---|---|---|
| DATE 6/17/05 | TIME STOPPED 19:23 | TIME RELEASED 19:33 | FIXED / ROADSIDE | INTERSTATE / INTRASTATE | IMPOUND YES / NO | DOT NUMBER 49922 |
| LOCATION CODE | ROAD I 95 | COUNTY FLAGLER | CITY FLAGLER BEA | | | |

| | |
|---|---|
| MOTOR CARRIER: PAUL ARPIN VAN LINES INC | OWNER: PAUL ARPIN VAN LINES INC |
| ADDRESS: PO BOX 1302 | ADDRESS: 5981 COMMERCE DR |
| CITY: E GREENWICH STATE: RI ZIP: 02893 | CITY: WESTLAND STATE: MI ZIP: 48185 |
| TELEPHONE NO.: 800-343-3500 | TELEPHONE NO.: 800-424-7717 |
| DRIVER: ALFRED A PORTELLA JR | DRIVER LICENSE NO.: [redacted] STATE: NY EXP. DATE: 07/18/2011 |
| ADDRESS: [redacted] | CITY: [redacted] STATE: NY ZIP: 12590 |

| | MAKE | YEAR | COLOR | UNIT NO. | VEHICLE IDENTIFICATION NO. | TAG NO. | STATE | EXP. DATE |
|---|---|---|---|---|---|---|---|---|
| POWER UNIT | INTL | 1999 | WHI | 99 | 1HTSCAAP6XH214443 | RT5468 | MI | 09/30/05 |
| TRAILER | | | | | | | | |
| TRAILER | | | | | | | | |

VIOLATION TYPE: ☒ AXLE ☐ GROSS ☐ PERMIT ☐ EXTERNAL BRIDGE ☐ INTERNAL BRIDGE ☐ TAX CLASS ☐ REGISTRATION ☐ 575 EXCLUDE ☐ HANDICAP ☐ LOW-LIMIT BRIDGE/ROAD

WHEEL BASE 22 / 2 AXLES

FREIGHT / CODE: N.Household Goods

DRIVER GIVEN OPPORTUNITY TO SHIFT ☒ YES ☐ NO

OFF-LOAD ☐ YES ☐ NO

| | | VIOLATION NO. 1 | VIOLATION NO. 2 |
|---|---|---|---|
| STEERING | WEIGHT | 24260 | 0 |
| DRIVE (SINGLE AXLE) | LESS LEGAL WEIGHT | 22000 | 0 |
| REAR (SINGLE AXLE) | NO. LBS. OVERWEIGHT | 2260 | 0 |
| DRIVE (TANDEM AXLE) | PENALTY | $ 93.00 | $ 0.00 |
| REAR (TANDEM AXLE) | | PARTIAL PAYMENTS NOT ALLOWED | |
| TOTAL WEIGHT | WEIGHT VIOLATION ASSESSMENT | $ 93.00 | |

SAFETY VIOLATION

| VIOLATION CODE | | | | |
|---|---|---|---|---|
| | | ☐ YES ☐ NO | | $ |
| | | ☐ YES ☐ NO | | $ |
| | | ☐ YES ☐ NO | | $ |
| | | ☐ YES ☐ NO | | $ |
| | | ☐ YES ☐ NO | | $ |

COMPLIANCE REVIEW ☐ SAFETY VIOLATION ASSESSMENT $ 0.00

☐ IRP TRIP PERMIT ☐ FUEL TAX PERMIT

FROM MONTH DAY YEAR TO MONTH DAY YEAR PERMIT AMOUNT $ 0.00

REMARKS: Vehicle over weight on single drive axle by 2260 lbs for a penalty of $10.00 on the first 600 lbs then .05 cents on each lb there after...

DRIVER'S SIGNATURE

I AGREE TO PAY THIS ASSESSMENT WITHIN ... DAYS OR PROVIDE THIS DOCUMENT TO THE ... PARTY.

OFFICER'S SIGNATURE

OFFICER'S PRINTED NAME: WILLIAM E PARKER

ID NO. 113

| TOTAL ASSESSMENT | |
|---|---|
| Weight Penalty | $ 93.00 |
| Safety Penalty | $ 0.00 |
| IRP/FT Permit Fee | $ 0.00 |
| TOTAL AMOUNT DUE | $ 93.00 |

50049047

Form 577-030-01 07/2001 ORIGINAL (WHITE) - MCC FIELD OFFICE YELLOW - VIOLATOR PINK - MCCO HEADQUARTERS GOLDENROD - RETAIN IN BOOK