New York State Department of Transportation
Truck Inspections TE 241
50 Wolf Road, POD 53
Albany, NY 12232
Phone # : (518)457-1016 Fax #: (518)457-6513

# DRIVER VEHICLE EXAMINATION REPORT

Report Number: NYF005002821
Inspection Date: 9/15/2005 Certification Date:
Time Started: 14:02 Time Ended: 14:35
Inspection Level: 2 - Walk-Around No HM Insp.

PAUL ARPIN VAN LINES INC
PO BOX 1302
E GREENWICH, RI 02818-0998
Phone #: Fax #:
USDOT #: 00049822 MC/MX #: 000821
State #:

Driver: CALDERON, ADELSO R
License #: [redacted] State: NY
Date of Birth: [redacted]

Location: HARRIMAN (EXIT 16) MilePost:
Highway: I-87 Origin:
County: ORANGE Destination:
Shipper:

Bill of Lading:
Cargo: Empty

## VEHICLE IDENTIFICATION:

| Unit | Type | Make | Year | State | License # | Company # | Unit VIN | GVWR | CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TR | INTL | 1996 | NY | 5104BJJ | | 1HTSDAAN5TH281542 | 32,700 | | |

## BRAKE ADJUSTMENTS: No brake measurements recorded.

## VIOLATIONS :

| Section Code | St | Unit | OOS | Citation # | Verify* | Crash | Violation Description |
|---|---|---|---|---|---|---|---|
| 383.23(a)(2) | | D | Y | Y | N | N | Operating a Commercial Motor Vehicle without a CDL - class B required |

* N - Non-OOS or Driver OOS Violation

**HazMat:** No HM transported. Placard: NA Cargo Tank:

**Special Checks:**
- ☐ Alcohol/Controled Substance Check
- ☐ Conducted by Local Jurisdiction
- ☐ Size and Weight Enforcement
- ☐ Traffic Enforcement
- ☐ Drug Interdiction Search
- ☐ Post Crash Inspection

Arrests:

Pursuant to the authority contained in NYS Transportation Law, I hereby notify and declare "ADELSO R. CALDERON" Out of Service. No Motor Carrier shall permit or require this driver to operate any motor vehicle until: "OBTAINS PROPER CLASS OF LICENSE"

If violations are noted on this report, carrier certification is required and this report is to be returned within 15 days to the address on the top of this form. CARRIER CERTIFICATION: I hereby certify that all violations noted above have been corrected and action has been taken to assure compliance with the NYS Transportation Law and Regulations. Initial here _______ If vehicle has NOT been repaired and HAS been permanently removed from service.

Signature of Carrier Official: X ____________________ Date: ________

NOTE TO DRIVER: This report must be furnished to the motor carrier whose name appears at the top of this report.
UNIFORM TRAFFIC TICKETS: If issued, MUST be returned to the court whose address appears on the front of the ticket.
NOTE TO REPAIRER: If entries are made in the violation section above, please sign the report when repairs are completed.

Signature of Repairer: X ____________________ Facility: ____________ Date: ________

Report Prepared By: SUMFLETH, TERESA
Badge #: 1420
Copy Received By: CALDERON, ADELSO R

X ____________________ X ____________________