Maryland Motor Carrier Safety Program
Maryland State Police
901 Elkridge Landing Rd., #300
Linthicum Heights, MD 21090
Phone # : (410)694-6100 Fax #: (410)694-6139

# DRIVER VEHICLE EXAMINATION REPORT

Report Number: MD00BA011733
Inspection Date: 03/27/2006 Certification Date:
Time Started: 12:45 Time Ended: 13:06
Inspection Level: 1 - Full Inspection No HM Insp.

PAUL ARPIN VAN LINES INC
PO BOX 1302
E GREENWICH, RI 02818-0998
Phone #: (800)424-7717 Fax #:
USDOT #: 49922 MC/MX #: 000621
State #:

Driver: PORTELLA JR, ALFRED A
License #: [redacted] State: NY
Date of Birth: [redacted]

Location: I-95 SOUTHBOUND SCALE FACILITY MilePost: 93
Highway: PERRYVILLE, MD Origin: VALLEY COTTAGE, NY Bill of Lading:
County: CECIL Destination: TEGACAY, SC Cargo: Household Goods
Shipper: EMILIO COURET

## VEHICLE IDENTIFICATION:

| Unit | Type | Make | Year | State | License # | Company # | Unit VIN | GVWR | CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TR | INTL | 1999 | NY | 46929JV | 99 | 214443 | 0 | 2969364 | |

## BRAKE ADJUSTMENTS:

| Axle # | 1 | 2 |
|---|---|---|
| Right | N/A | N/A |
| Left | N/A | N/A |
| Chamber | HYDR | HYDR |

## VIOLATIONS :
No violations were discovered.

## HazMat:
No HM transported. Placard: NA Cargo Tank:

## Special Checks:

- [ ] Alcohol/Controlled Substance Check
- [ ] Conducted by Local Jurisdiction
- [ ] Size and Weight Enforcement
- [ ] Traffic Enforcement
- [ ] Drug Interdiction Search
- [ ] Post Crash Inspection

Arrests:

## Locally Defined Fields:

CREW CODE: 3095 VEHICLE SELECTED: R INDEPENDENT OR FLEET (I OR F): F

NOTE TO DRIVER/MOTOR CARRIER: This report must be furnished to the motor carrier whose name appears at the top of this report. Please sign the below certification and return to Maryland State Police, 901 Elkridge Landing Road, Suite 300, Linthicum Heights, MD 21090 within fifteen days.

Do not send fine payment with the return of this report. Fine payment for traffic citations associated with this report must be mailed (as per instruction on the back of the defendant's copy of the citation) to: Maryland District Court, P.O. Box 6676, Annapolis, MD 21401-0676. Failure to pay fines associated with this report will result in Maryland's Department of Motor Vehicles suspending the driving privileges in Maryland of the driver of this vehicle.

The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with the Federal/State Motor Carrier Safety and Hazardous Materials Regulations insofar as they are applicable to motor carriers and drivers.

Signature of Carrier Official: X Date:

RECEIVED/
APR 27 2006
A.V.L.

Report Prepared By: NICHOLAS, T.
Badge #: 3064
X

Copy Received By: PORTELLA JR, ALFRED A
X