X-Sender: ar0137@mail.arpin.com
X-Mailer: QUALCOMM Windows Eudora Version 6.0.0.22
Date: Mon, 17 Apr 2006 13:40:03 -0400
To: jfuyat@arpin.com, jasatrian@arpin.com
From: Anita LaBossiere <alabossiere@arpin.com>
Subject: Fwd: Re: Trucks that were in our Fleet

RECEIVED APR 19 2006

> X-Modus-BlackList: 64.12.138.208=OK;GIULIO@aol.com=OK
> X-Modus-RBL: 64.12.138.208=OK
> X-Modus-Trusted: 64.12.138.208=NO
> From: GIULIO@aol.com
> Date: Fri, 14 Apr 2006 13:04:46 EDT
> Subject: Re: Trucks that were in our Fleet
> To: alabossiere@arpin.com
> X-Mailer: 9.0 SE for Windows sub 5021
> X-Spam-Flag: NO
>
> Hello Anita, Hope you are doing well also. In response to your email I will forward the photos of the vehicles by either email or overnight mail sometime Monday.
>
> I will also fax copies of the truck registrations.
>
> As far as body shop bills, I do not have any, for the simple reason that I had not had the trucks professionally painted. I had it done in house. We removed the decals at our warehouse. I can at least supply invoices for the lettering of our own name.
>
> The photos will speak for themselves.
>
> This was all done several months ago.
>
> I hope this will be enough to prove that I have not been inappropriately using the Paul Arpin name and logos.
>
> I appreciate your considerate understanding.
>
> Regards,
> Giulio



IMG_01701 JPG


"THE MOVER WHO CARES"
FOR OVER 85 YEARS
Santiego
WHO CARES"
iego