RMP:JCP
1627-208: 294535

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL ARPIN VAN LINES, INC. Plaintiff | : | |
| VS. | : | C.A. No. 06-199S |
| SANTIEGO MOVING & STORAGE CO., INC. Defendant | : | |

**TEMPORARY RESTRAINING ORDER**

The motion of Plaintiff, Paul Arpin Van Lines, Inc., for a temporary restraining order relative to Defendant, Santiego Moving & Storage Co., Inc., was addressed in conference before the Honorable Judge William E. Smith on May 19, 2006, after written and oral notice to Defendant. After conference thereon and in consideration thereof, WHEREAS, the Honorable Court determines that the plaintiff has demonstrated to the Honorable Court that the defendant has been operating motor vehicles in Interstate commerce bearing the plaintiff's logos and utilizing Plaintiff's interstate operating rights and United States Department of Transportation registration number without authorization of the plaintiff and therefore, unlawfully, in violation of law, it is hereby

**ORDERED:**

That Defendant is hereby restrained, pursuant to Fed. R. Civ. P. 65(b), from any of the following actions: (1) any use of Plaintiff's name(s), registered and/or unregistered service marks, logos, decals, and/or other intellectual property; (2) representing to any third party or representative of the public that it is acting as an agent of Plaintiff, impliedly or expressly, directly or indirectly; (3) using, operating or causing to be

operated any motor vehicle bearing licenses, license plates, motor vehicle registrations, interstate operating authority numbers, and/or United States Department of Transportation numbers, associated with, owned or registered by or in the name of Paul Arpin Van Lines, Inc.; and (4) the transportation of any shipments in interstate or intrastate commerce under a Paul Arpin Van Lines, Inc., bill of lading.

This Order shall bind the parties to this action, their officers, agents, servants, employees and attorneys as well as those persons in active concert or participation with them who shall receive actual notice of this Order by personal service or otherwise.

Hearing on Preliminary Injunction shall be held on May 24, 2006 at 2pm. Courtroom 2.

ENTERED as an Order of this Court on this day of , 2006.

By Order,

Clerk

ENTER:

William E. Smith, Judge
5/19/06

Submitted By:

Jason C. Preciphs #6727
Attorney for Plaintiff
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE
Ten Weybosset Street
Providence, RI 02903
401-521-7000 FAX 401-521-1328