RMP:JCP
1627-208: 294670

RECEIVED
JUN 1 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PAUL ARPIN VAN LINES, INC.** **Plaintiff** | : | |
| **VS.** | : | **C.A. No. 06-199S** |
| **SANTIEGO MOVING & STORAGE CO., INC.** **Defendant** | : | |

**CONSENT ORDER: PERMANENT INJUNCTION**

The motion of Plaintiff, Paul Arpin Van Lines, Inc., for an Order, pursuant to Fed. R. Civ. P. 65(a), enjoining Defendant, Santiego Moving & Storage Co., Inc., from activities specified therein was scheduled for hearing before the Honorable Judge William E. Smith on May 24, 2006, subsequent to the entry of a Temporary Restraining Order on May 19, 2006. By agreement of the parties, it is hereby

**ORDERED:**

That Defendant is hereby permanently enjoined and restrained, pursuant to Fed. R. Civ. P. 65, from any of the following actions: (1) any use of Plaintiff's name(s), registered and/or unregistered service marks, logos, decals, and/or other intellectual property; (2) representing to any third party or representative of the public that it is acting as an agent of Plaintiff, impliedly or expressly, directly or indirectly; (3) using, operating or causing to be operated any motor vehicle bearing licenses, license plates, motor vehicle registrations, interstate operating authority numbers, and/or United States Department of Transportation numbers, associated with, owned or registered by or in the name of Paul Arpin Van Lines, Inc.; and (4) the transportation of any shipments in interstate or intrastate commerce under a Paul Arpin Van Lines, Inc., bill of lading.

This Order shall bind the parties to this action, their officers, agents, servants, employees and attorneys as well as those persons in active concert or participation with them who shall receive actual notice of this Order by personal service or otherwise. The terms of this Order shall remain in full force and effect unless or until such time as this Court dissolves same upon motion of one of the parties after notice and hearing thereon.

Jason C. Preciphs #6727
Attorney for Plaintiff
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE
Ten Weybosset Street
Providence, RI 02903
401-521-7000 FAX 401-521-1328

Santiego Moving & Storage Co., Inc.
by: Guilio Zangrilli, CEO
Santiego Moving & Storage Co., Inc.
711 Executive Blvd.
Valley Cottage, NY 10989
845-268-4200 FAX 845-268-4231

ENTERED as an Order of this Court on this day of , 2006.

By Order,

Clerk

ENTER:

William E. Smith, Judge
6/22/06