UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAUL ARPIN VAN LINES, INC.
Plaintiff

VS.

SANTIEGO MOVING & STORAGE CO., INC.
Defendnat

C.A. No. 06-199S

**CONSENT JUDGMENT**

Judgment may be and is hereby entered in favor of Plaintiff, Paul Arpin Van Lines, Inc., as against Defendant, Santiego Moving & Storage Co., Inc., in the above-captioned matter. All claims for compensatory damages are hereby waived. However, the Permanent Injunction entered by the Honorable Court on June 22, 2006 shall remain in full force and effect.

Jason C. Preciphs #6727
Attorney for Plaintiff
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
Ten Weybosset Street
Providence, RI 02903
401-521-7000 FAX 401-521-1328
jpreciphs@rcfp.com

Santiego Moving & Storage Co. Inc.
by: Guilio Zangrilli CEO
Santiego Moving & Storage Co., Inc.
711 Executive Blvd.
Valley Cottage, NY 10989
845-268-4200 FAX 845-268-4231

ENTERED as an Order of this Court on this day of , 2006.

By Order,

Clerk

ENTER:

William E. Smith, Judge