UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAUL ARPIN VAN LINES, INC.
Plaintiff

vs.

SANTIEGO MOVING & STORAGE CO., INC.
Defendant

C.A. No. 06-199S

**CONSENT JUDGMENT**

Judgment may be and is hereby entered in favor of Plaintiff, Paul Arpin Van Lines, Inc., as against Defendant, Santiego Moving & Storage Co., Inc., in the above-captioned matter. All claims for compensatory damages are hereby waived. However, the Permanent Injunction entered by the Honorable Court on June 22, 2006 shall remain in full force and effect.

/s/ Jason C. Preciphs

Jason C. Preciphs #6727
Attorney for Plaintiff
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
Ten Weybosset Street
Providence, RI 02903
401-521-7000 FAX 401-521-1328
jpreciphs@rcfp.com

Santiego Moving & Storage Co. Inc.
by: Guilio Zangrilli CEO
Santiego Moving & Storage Co, Inc.
711 Executive Blvd.
Valley Cottage, NY 10989
845-268-4200 FAX 845-268-4231

ENTERED as an Order of this Court on this day of , 2006.

By Order,

Clerk

ENTER:

William E. Smith, Judge